MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

        PLAINTIFF,

        VS.

SANVERA J. WINBUSH,

        DEFENDANT.

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 APR 15 AM 11:57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

21CR 5245

2:22-mc-022

JUDGE SARGUS

MAGISTRATE JUDGE DEAVERS

\*\*\*\* BAIL OR RECOGNIZANCE OF THE ACCUSED \*\*\*\* (PAGE 1)
TO APPEAR BEFORE THE COURT OF COMMON PLEAS, FRANKLIN COUNTY, OHIO

    BE IT REMEMBERED, THAT ON THE 20 DAY OF DECEMBER, 2021,
SANVERA J. WINBUSH AND
SELF PERSONALLY APPEARED BEFORE
ME, AND JOINTLY AND SEVERALLY ACKNOWLEDGED THEMSELVES TO OWE TO THE
STATE OF OHIO, THE SUM OF 10,000.00 RECOG DOLLARS, TO BE
LEVIED ON THEIR GOODS AND CHATTELS, LANDS AND TENEMENTS, IF DEFAULT BE
MADE IN THE CONDITION FOLLOWING, TO WIT:
    THE CONDITION OF THE BAIL OR RECOGNIZANCE IS SUCH THAT IF THE ABOVE-
BOUND DEFENDANT, SANVERA J. WINBUSH , PERSONALLY
BE AND APPEAR BEFORE THE COURT OF COMMON PLEAS OF FRANKLIN COUNTY OR A
TRANSFEREE COURT, THEN AND THERE TO ANSWER TO CERTAIN CHARGE(S) FILED
HEREWITH AGAINST (HIM) (HER) FOR:

```
2911.02            F2   ROBBERY
2911.02            F3   ROBBERY
```

                                                                                                   (CTYQ03-C03)

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CRIMINAL DIVISION

THE STATE OF OHIO,

        PLAINTIFF,

                        21 CR 5245

  VS.

SANVERA J. WINBUSH,

        DEFENDANT.

**** BAIL OR RECOGNIZANCE OF THE ACCUSED **** (PAGE 2)

AND ABIDE THE ORDER AND JUDGMENT OF THE COURT, AND APPEAR FROM DAY TO DAY AND NOT DEPART WITHOUT LEAVE, UNTIL SUCH CASE IS FINALLY DISPOSED OF; THEN THIS BAIL OR RECOGNIZANCE SHALL BE VOID; OTHERWISE IT SHALL BE AND REMAIN IN FULL FORCE AND VIRTUE IN LAW.

THE DEFENDANT IS OBLIGATED TO KEEP THE COURT APPRISED OF (HIS) (HER) ADDRESS, INCLUDING ZIP CODE, TO KNOW THE DATE OF ALL SCHEDULED APPEARANCES AND TO APPEAR IN THIS COURT ON THOSE DATES, (HE) (SHE) UNDERSTANDS THAT THE COURT WILL, WITHIN TWENTY-ONE (21) DAYS FOLLOWING ARRAIGNMENT, NOTIFY (HIM) (HER) OF (HIS) (HER) NEXT SCHEDULED APPEARANCE AND THAT, ABSENT THAT NOTIFICATION, (HE) (SHE) MAY CALL THE CLERK OF COURTS AT (614) 525-3650 TO FIND OUT (HIS) (HER) NEXT APPEARANCE DATE. THE DEFENDANT AGREES THAT (HE) (SHE) BE FINGERPRINTED AND PHOTOGRAPHED BY THE FRANKLIN COUNTY SHERIFF.
    ADDITIONAL CONDITIONS:
    NO CONTACT

[handwritten annotation in left margin: "when moved call"]

                                              SIGNED AS A CHARGE BOND:

_____    X_____
        (NAME)                                 (DEFENDANT NAME)

_____    X_____
      (ADDRESS)                              (STREET ADDRESS)

_____    X_____
   (CITY, STATE, ZIP)                    (CITY, STATE, ZIP)

                                      TAKEN AND ACKNOWLEDGED BEFORE ME ON

                                      THE 20   DAY OF DECEMBER , 2021

                                      WITNESSED BY: _____

                                                                (CTYQ03-C03)

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North America

## Notice Of Public Records Correction

This correspondence and Public Notice is hereby presented and forwarded to your company or corporate officials, personnel, and employees, relative to my corrected and changed attribute / name, along with proper spelling. You are hereby given honorable notice to correct any records, files, mailings, and other future correspondences, accordingly.

This correction is made in accord with the honoring of my family bloodline / pedigree, and exercising my natural substantive rights and religious heritage. Please correct your records as soon as possible.

The former name, SanVera June Winbush, is to be corrected on all records replaced with the name, SanVera AreVnas El.

Thank You,

*SanVera AreVnas El*
SanVera AreVnas El
Natural Person, In Propria Persona: All Rights Reserved

Case: 2:22-mc-00022-EAS-EPD Doc #: 1 Filed: 04/15/22 Page: 4 of 6  PAGEID #: 4

  

## THE MOORISH NATIONAL REPUBLIC
### THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
*Aboriginal and Indigenous Natural Peoples of North America*

Affidavit of Fact
# Writ of Discovery
### Exhibit I: Re: Misrepresented Instrument – Bill of Attainder No. 21 CR 5245

April 14, 2022

STATE OF OHIO
SUPREME COURT OF OHIO
Office of the Clerk
65 South Front Street
Near Corporate COLUMBUS OHIO
[43215] uSA

Re: Bill of Attainder No. 21 CR 5245

Pursuant to Article III, Section II of the United States Constitution Judicial Authority is vested in the Supreme Court or a lower court which has a "Certified Delegation of Authority Order". For the record, on the record, and let the record show forward a copy of the Superior Court GA 15 certified Delegation of Authority Order confirmed by Congress as a lawful and formal Discovery.

Let if be noted for the record, on the record and let the record show a response is required 21 days from receipt of this letter. If no copy of the Certified Delegation of Authority Order is received within the specified time frame this Affidavit of Fact - Writ of Discovery shall stand as Law affirming that this court does not have Jurisdiction as per Article III, Section II of the United States Constitution.

Furthermore I demand, as is my Constitutional / Treaty secured rights, a copy of the 'Oath of Office', Oath of Ethics, and Bond Number for all state/government officials, employees, Judges, prosecutors, agents, clerks, and anyone who has touched or is in anyway involved with this case per Article VI of the United States Republic Constitution and Article XI of the Constitution of the state of Connecticut.

> "Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**"
>
> "The claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:** "
>
> "When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an admistrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially"
> **Thompson v Smith 154 SE 583**
>
> " A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Adittionally, courts are prohibited from substituting their judgment for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentations, or rational"
>
> **ASIS v US 568 F2d, 284**
>
> "Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to excerises such powers are necessarily nullities."
> **Burns v Sup Ct. SF, 140 Cal 1.**

For the record, on the record, and let the record show from where do you derive your authority and jurisdiction in this matter.

> "Once Challenged, jurisdiction cannot be assumed, it must be proved to exist."
> **Stcuk v Medical Examiners 94 Ca 2d 751.211,P2d 389**.

Thank You,
I Am: *[signature: SanVera AreVnas El]*
SanVera AreVnas El, Authorized Representative
Natural Person, In Propria Persona:
Ex Relatione SanVera Winbush
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Allodial Without Recourse Forever
Columbus, Ohio Republic
c/o 2727 Howey Road
[Near Corporate COLUMBUS OHIO 43211]
Non-Domestic

Cc:   United Nations
      Geneva Switzerland

      United States Justice Department
      United States Attorney General
      Eric H. Holder

      United States District Court for the District of Columbia
      Washington D. C.

      STATE OF OHIO
      Governor MIKE DEWINE [Michael Dewine]

      STATE OF OHIO
      Attorney General DAVE YOST [David Anthony Yost]

      STATE OF OHIO
      Secretary of State FRANK LAROSE [Frank LaRose]

      STATE OF OHIO
      SUPERIOR COURT
      Judge MAUREEN O'CONNOR [Maureen O'Connor]

      STATE OF OHIO
      SUPERIOR COURT
      Prosecutor's Office

  

THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD

# LEGAL NOTICE!
## NAME DECLARATION, CORRECTION PROCLAMATION AND PUBLICATION

I, SanVera AreVnas El, being duly Affirmed, standing squarely, Declare, and Proclaim, upon Divine Law; Nature's Law; Universal Law, Moorish Birthrights; International Law; and Constitutional Law; Declare and say:

I, being previously Identified by the Union States Society of North America – U.S.A. under the colorable, Ward-ship name, SANVERA JUNE WINBUSH, do hereby refute the Fraud; make Public and Publish my Corrected National Name; Declare and Affirm my true, 'Proper Person Status'; and reclaim my Rightful Social and Cultural Life of the State; in accord with my Moorish Nation of Northwest Amexem / North America – acknowledging my Birthrights. Having Lawfully and Legally Obtained and Proclaimed my Moorish Nationality and Birthright 'Name and Title'; in harmony with, in association with, and in Accord with Divine Law, the Customs; and the Laws, Rules, and Usages of The Moorish Divine and National Movement; being Aboriginal and Indigenous, and bound to the North American Continent by Heritage, by Primogeniture; by Birthright; by Natural Birth; by Freehold; and by Inheritance. Declared for the Public Record, I am returning the European cognomen and fictitious misnomer back to the Colonial possessors of its pedigree. I am now Rightfully Declaring, Publishing, and Proclaiming my own Free National Name; Affirming my Actual, Rightful, and Civil 'In Full Life' Status; Conjoined to my Moorish American Consanguine Pedigree and National Honor. Let it be Declared, Known, Published, and Resolved that: I Am: SanVera AreVnas El, 'In Propria Persona Sui Juris' (being in my own proper person), by birthright; an Inheritance WITHOUT THE FOREIGN, IMPOSED COLOR-OF-LAW, OR ASSUMED DUE PROCESS of the Union States Society; pursuant to, but not limited to:

1. FREE MOORISH-AMERICAN ZODIAC CONSTITUTION:
   (Zodiac Constitution and Birthrights of the Moorish Americans) being Ali, Bey, El, Dey and Al), Article two (2), Paragraph two (2).
2. UNITED STATES REPUBLIC: DEPARTMENT OF JUSTICE:
   Moorish American Credentials: AA 222141- **TRUTH A-1**
3. UNITED STATES SUPREME COURT: SUPREME LAW - Acts of State
4. UNITED STATES CONSTITUTION: Article III (3), Section two (2), Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People).
5. RESOLUTION NUMBER SEVENTY-FIVE (75): Dated April 17, 1933 A.D. (MOORISH-AMERICAN SOCIETY OF PHILADELPHIA AND THE USE OF THEIR NAMES),
6. UNIVERSAL DECLARATION OF HUMAN RIGHTS – UNITED NATIONS – HUMAN RIGHTS [Article Fifteen (15)].
7. RIGHTS OF INDIGENOUS PEOPLES – UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4.

Wherefore, I, SanVera AreVnas El, being 'Part and Parcel' named herein, and by Birthright, Primogeniture, and Inheritance, make a Lawful and Legal Entry of Affidavit and Public Notification of Nationality Proclamation; Name Correction Claim; Declaration, Affirmation, and Application; Herewith Published for the Public Record.

I Am: _SanVera AreVnas El_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _ADRIEL AMMON EL_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

Witness: _Arya Aiko Bey_
A Free and Sovereign Moorish American National, In Propria Persona Sui Juris
Northwest Amexem / Northwest Africa / North America
All Rights Reserved

LN/NCT No. 0001H